In the Matter of DE LIA CONSTRUCTION CORPORATION, Respondent, v PHILIP ROSS, as Industrial Commissioner of the State of New York, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed, with costs, for the reasons stated in the opinion at Special Term, Aronson, J. (And see *Firelands Sewer & Water Constr. Co. v Rochester Pure Waters Dist.,* 67 AD2d 813.) (Appeal from judgment of Onondaga Supreme Court—art 78.) Present —Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

In the Matter of EASTERN ROCK PRODUCTS, INC., et al., Respondents, v PHILIP ROSS, as Industrial Commissioner of the State of New York, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed for the reasons stated in the opinion at Special Term, Aronson, J. (And see *Firelands Sewer & Water Constr. Co. v Rochester Pure Waters Dist.,* 67 AD2d 813.) (Appeal from judgment of Onondaga Supreme Court—art 78.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.